**Reinstated and Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01029-CV

_____

### IN RE WILMA REYNOLDS, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
300th District Court
Brazoria County, Texas
Trial Court Cause No. 48170

## MEMORANDUM OPINION

On November 18, 2013, relator Wilma Reynolds filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Daniel Sklar, assigned judge of the 300th District Court of Brazoria County, to set aside his November 14, 2013 order denying relator's motion to proceed to trial and final

judgment in the underlying bill of review proceeding. Subsequently, Judge Sklar recused himself from the case.

On January 22, 2014, the newly assigned judge, the Honorable C.G. Dibrell, entered a final judgment in the bill of review proceeding. Relator has filed a notice of appeal from the final judgment, which has been docketed in this court as cause number 14-14-00080-CV. Relator's request for relief is now moot.

Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices Christopher, Donovan, and Brown.